IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES HORTON,

   Plaintiff,

    v.

NICHOLAS DEGENNARO
AFT AGENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-3869-TWT

**ORDER**

This is a pro se civil action by a federal prisoner against the agents and witnesses who testified against him in his criminal trial. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action based upon the two-year statute of limitations for a Bivens action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Motion to Appoint Counsel [Doc. 13] is DENIED. Eleventh Circuit case law on the appointment of counsel is quite clear. "Appointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." Wahl v. McIver, 773 F.2d 1169, 1174 (11th Cir. 1985) (citations omitted). See also Steele v. Shah, 87 F.3d

T:\ORDERS\13\Horton\r&r.wpd

1266, 1271 (11th Cir. 1996); Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987); Bass v. Perrin, 170 F.3d 1312 (11th Cir. 1999).  Appointment of counsel is not required if "[t]he essential facts and legal doctrines [are] ascertainable without the assistance of court-appointed counsel."  Wahl, 773 F.2d at 1174.  This is not an exceptional case.  The essential facts and legal doctrines are ascertainable without the assistance of court-appointed counsel.

     SO ORDERED, this 19 day of February, 2014.


                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge